UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

FILED
OCT 19 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH SIMMONS

-V-

VILLAGE OF MINIER

CASE NO. 20-1357

## COMPLAINT

1. The actions complained of occured in Minier Illinois.

2. Plaintiff has a permanent handicap parking placard issued by the state of Illinois.

## COUNT 1

1. On 9-1-2020 Plaintiff had requested to address the Minier board of trustess during theyre board meeting.

2. Other not disable are allowed to address the board.

3. The village regularly enters into intergoverment agreements with the local school.

4. Presently the agreement allows the school to use the park next to the school.

5. The board meeting was a the Good Shepard Luthern Church in Minier.

6. On 1-30-2020 the Illinois Attorney General informed the Village of Minier that using non goverment buildings that are NOT ADA compliant violated the ADA and state laws. See Attached opinion.

7. Upon entering the front parking lot at the church, I noted there was 2 handicap parking spaces ON A HILL.

8. As recorded on video for trial, every time I opened the door of my vehicle the door closed VERY FAST AND VERY HARD, I could NOT exit my vehicle.

9. Leaving I noticed a handicap parking space behind the buikding.

10. It had no access aisle as required by law.

11. I need a access aisle to maneuver my mobility devise as allowed by law.

12. My mobility devise was prescribed by my family doctor and expense was reimburesed by Blue Cross Blue Shield because my doctor prescribed it and I had met my outof pocket.

13. I was unable to address the village board as other NOT disable are allowed to.

14. I felt ashamed of my disability, I felt less than others and felt less of a person than the board members.

15. This continues.

167. The letter telling the village to cease using churches that violate the ADA is attached.

### RELIEF REQ    UESTED

1. Find the village violated the ADA.

2. Stop the violation.

3. All costs.

4. All relief the court deems reasonable to make the Plaintiff whole.

### COUNT 2.

1. The village knowing my disability, knowing I have a handicap parking placard and knowing the Illinois Attorney General Disabikity Rights Division had already determined that churches used for public business must comply with the ADA, violated the Illinois Human rights Act by denying me access to board meetings.

2. This continues.

3. Plaintiff felt less of a human than the board members and public that could enter the meeting.

4. The  1-3--2020 letter to cease using churches that violated the IHRA is attached. (Illinois human rights act).

### RELIEF REQUESTED

1. find the village violated the Illinois Human Rights Act.

2. Order the village to comply with the IDHRA and ADA in the future.

3. All costs.

4. All relief the court deems reasonable to make me whole.

Kenneth Simmons

po box 865

Minier il.

KENLISA1@YAHOO,COM

3094728671

## What You Should Know About Accessible Parking

- Only the yellow-and-gray-striped parking placard or disability plates with an accompanying yellow-and-gray-striped parking placard exempt a vehicle from parking meter fees or time limitations.

- Authorized holders of license plates with accompanying blue, red or green parking placards are responsible for paying all applicable costs associated with parking.

- The authorized holder of the displayed plates or placard must enter or exit the vehicle when it is parked in the designated parking space.

- Disability parking placards and license plates **do not** allow parking in restricted parking areas, such as "NO STOPPING" or "NO STANDING" zones, or in front of fire hydrants, bus stops and loading zones.

- Parking is not permitted in access aisles — the sections marked with lines next to the disability parking spaces. These spaces are to accommodate a person maneuvering with a wheelchair, crutches or a cane.

- Owners of any disability license plate MUST also display their disability parking placard.

- Disability license plates and placards may be revoked if abused through misuse or if obtained through fraudulent means.

### Self-Serve Gas Stations in Illinois must:

- Dispense fuel for a vehicle displaying disability plates/placard at no additional charge beyond the cost of gas.

- Post signs that persons with disabilities may obtain refueling assistance by honking their horn or signaling an employee.

- Provide and display at least one ADA compliant motor fuel dispenser or a dispenser displaying a direct telephone number to the station so disabled individuals may request assistance in refueling.



JESSE WHITE
SECRETARY OF STATE

Printed by authority of the State of Illinois.
MAY 2018 – 250M – VSD 564.6



## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

January 30, 2020

*Via Certified Mail No. 7015 0640 0007 0117 6465*
*Return Receipt Requested*

Neill Keneipp
Mayor, Village of Minier
110 West Central
Minier, IL 61759

      Re:    *Village of Minier (tornado shelter)*
              Complaint No. 2019-DRC-6396

Mr. Keneipp:

The Disability Rights Bureau of the Illinois Attorney General's Office is responsible for enforcement of state and federal laws that protect people with disabilities in the State of Illinois. We have received a complaint alleging that the Village of Harvard ("Village") discriminates against individuals with disabilities by designating an inaccessible building as a storm shelter. This action by the Village may violate Title II of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12131, *et seq*, the Illinois Human Rights Act, 775 ILCS 5/5-101, *et seq*, and other applicable laws.

1. What is the number of persons currently employed by the Village? List their titles and contact information including name, phone number, and emails address.

2. Please list every building designated as a tornado, storm, flood, or other disaster refuge center by the Village of Minier. If only a certain portion of the building is designated, please describe/name that portion. (i.e., first floor, basement, gymnasium, etc.). Include whether the building is accessible to people with disabilities.

3. Please describe the process of designation as a tornado, storm, flood, or other disaster refuge center by the Village, including how the decision is made and whether any contract, agreement and/or compensation is involved.

Please submit your responses to our office, in writing, **within 30 days of receipt** of this letter. We ask that you supplement or amend these answers if additional information becomes known to you during the course of the investigation. If you have any questions, you may contact me at

Page 1 of 2

500 South Second Street, Springfield, Illinois 62701 • (217) 782-1090 • TTY: (877) 844-5461 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (800) 964-3013 • Fax: (312) 814-3806

(312) 814-6591, or via email to nkelley@atg.state.il.us.

Sincerely,

Neil Kelley
Assistant Attorney General
Office of the Attorney General
Disability Rights Bureau
100 W. Randolph St. 11th Floor
Chicago, IL 60601

U.S. POSTAGE PAID
MCMURRAY, IL
61759
OCT 15, 20
AMOUNT
$1.40
R2305K138852-3

Simmons
Box 865
Minier, IL
61759

Clerk US Court House
100 N.E. Monroe
Peoria, IL
61602